

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00538-CR

Chris Cornell **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR4736
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

We ORDER the clerk of this court to immediately issue the mandate. *See* TEX. R. APP. P. 18.1(c).

SIGNED September 17, 2014.

_____
Luz Elena D. Chapa, Justice